IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:14CR83 |
| vs. | |
| ADAM MWANZA, | FINAL ORDER |
| Defendant. | |

This matter is before the court on plaintiff's MOTION FOR EXTENSION OF TIME [22]. The Motion states that the defendant is in agreement with the request for extension of time to file pretrial motions. For good cause shown, I find that the motion should be granted. The defendant will be given an approximate 30-day extension. Pretrial Motions shall be filed by October 3, 2014.

IT IS ORDERED:

1. Plaintiff's MOTION FOR EXTENSION OF TIME [22] is granted. Pretrial motions shall be filed on or before October 3, 2014.

2. The defendant is ordered to file the affidavit required by NECrimR 12.1(a) regarding speedy trial as soon as practicable.

3. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between today's date and October 3, 2014, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

4. This is the final extension of time to file pretrial motions. No further extensions will be granted.

Dated this 28th day of August, 2014.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge